PETITION UNDER 28 USC § 2254 FOR WRIT OF
HABEAS CORPUS BY A PERSON IN STATE CUSTODY

UNITED STATES DISTRICT COURT   MIDDLE DISTRICT OF LOUISIANA

| Name | Prisoner No. | Docket No. |
|---|---|---|
| JERRY L. SYLVE | 77458 | 06-11205 |

Place of Confinement: LOUISIANA STATE PENITENTIARY, ANGOLA, LA. 70712

Name of Petitioner: JERRY L. SYLVE   V.   Name of Respondent: N. BURL CAIN

The Attorney General of the State of: **LOUISIANA**

SECT. E MAG 6

Filed JAN 22 2007, LORETTA G. WHYTE, CLERK, U.S. DISTRICT COURT EASTERN DISTRICT OF LOUISIANA

## PETITION

1. Name and location of court which entered the judgment of conviction under attack **22nd JUDICIAL DISTRICT, P.O. BOX 1090 COVINGTON, LA 70434**

2. Date of judgment of conviction **APRIL 28, 1982**

3. Length of sentence **LIFE IMPRISONMENT**

4. Nature of offense involved (all counts) **AGGRAVATED RAPE**

5. What was your plea? (Check one)
   (a) Not guilty    **X**
   (b) Guilty        ☐
   (c) Nolo Contendere  ☐
   If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, give details:

6. Kind of trial: (Check one)
   (a) Jury          **X**
   (b) Judge only    ☐

7. Did you testify at the trial?
   Yes ___   No **X**

8. Did you appeal from the judgment of conviction?
   Yes **X**   No ☐

9. If you did appeal, answer the following:

Fee $5.00
✓ Process ___
X Dktd ___
___ CtRmDep ___
___ Doc. No ___

(a) Name of court____**FIRST CIRCUIT COURT OF APPEAL**_____

(b) Result **NO. 2002-KA-2358 CONVICTION AFFIRMED**_____

(c) Date of result **5/9/03**_____

(d) Grounds raised **SUFFICIENCY OF EVIDENCE; DENIAL OF MOTION NEW TRIAL AND MOTION FOR POST-VERDICT JUDGMENT OF ACUITTAL; JURY CHALLENGES**

**LA. SUPREME COURT NO. 2003-KO-1721 DENIED**

10. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions with respect to this judgment in any court, state or federal?
    Yes **X**    No ☐

11. If your answer to 10 was "yes", give the following information:
    (a) (1) Name of court **22nd JUDICIAL DISTRICT COURT**_____
        (2) Nature of proceeding____**POST-CONVICTION**_____

        (3) Grounds raised_____
            **INEFFECTIVE ASSISTANCE OF COUNSEL / NUMEROUS ERRORS**

        (4) Did you receive an evidentiary hearing on your petition, application or motion?
            Yes **X**    No ☐
        (5) Result **NO ASSISTANCE OF COUNSEL La.C.Cr.P. Art. 930.7C RELIEF DENIED ERRONEOUSLY**
        (6) Date of result **12/21/04**_____

    (b) As to any second petition, application or motion give the same information:
        (1) Name of court_____
        (2) Nature of proceeding_____

      (3) Grounds raised_____

_____
_____
_____

      (4) Did you receive an evidentiary hearing on your petition, application or motion?
Yes      No

      (5) Result _____

      (6) Date of result_____

(c) As to any third petition, application or motion, give the same information:
    (1) Name of court_
      (2) Nature of proceeding_____

      (3) Grounds raised_____

_____
_____
_____
_____

      (4) Did you receive an evidentiary hearing on your petition, application or motion?
Yes    ☐    No

      (5) Result_____

      (6) Date of result_____

(d) Did you appeal to the highest state court having jurisdiction the result of action taken on any petition, application or motion?
    (1) First petition, etc.    Yes  **X**     No
    (2) Second petition, etc.   Yes  ☐     No  ☐
    (3) Third petition, etc.    Yes  ☐     No  ☐

(e) If you did *not* appeal from the adverse action on any petition, application or motion, explain briefly why you did not:

_____
_____
_____

12. State *concisely* every ground on which you claim that you are being held unlawfully. Summarize *briefly* the *facts* supporting each ground. If necessary, you may attach pages stating additional grounds and *facts* supporting same.
   **Caution**: <u>In order to proceed in the federal court, you must ordinarily first exhaust your available state court remedies as to each ground on which you request action by the federal court. If you fail</u>

<u>to set forth all grounds in this petition, you may be barred from presenting additional grounds at a later date.</u>

For your information, the following is a list of the most frequently raised grounds for relief in habeas corpus proceedings. Each statement preceded by a letter constitutes a separate ground for possible relief. You may raise any grounds which you may have other than those listed if you have exhausted your state court remedies with respect to them. However, *you should raise in this petition all available grounds* (relating to this conviction) on which you base your allegations that you are being held in custody unlawfully.

Do not check any of these listed grounds. If you select one or more of these grounds for relief, you must allege facts. The petition will be returned to you if you merely check (a) through (j) or any one of these grounds.

(a) Conviction obtained by plea of guilty which was unlawfully induced or not made voluntarily with understanding of the nature of the charge and the consequences of the plea.
(b) Conviction obtained by use of coerced confession.
(c) Conviction obtained by use of evidence gained pursuant to an unconstitutional search and seizure.
(d) Conviction obtained by use of evidence obtained pursuant to an unlawful arrest.
(e) Conviction obtained by a violation of the privilege against self-incrimination.
(f) Conviction obtained by the unconstitutional failure of the prosecution to disclose to the defendant evidence favorable to the defendant.
(g) Conviction obtained by a violation of the protection against double jeopardy.
(h) Conviction obtained by action of grand or petit jury which was unconstitutionally selected and impaneled.
(i) Denial of effective assistance of counsel.
(j) Denial of right of appeal.

A.  Ground one: **THE TRIAL COURT ERRED WHEN IT DENIED THE MOTION FOR NEW TRIAL AND MOTION FOR POST VERDICT JUDGMENT OF ACQUITTAL**

Supporting FACTS (tell your story *briefly* without citing cases or law)
**SEE ATTACHED MEMORANDUM BRIEF**

B.  Ground two: **THE EVIDENCE WAS INSUFFICIENT TO SUPPORT THE CONVICTIONS.**

Supporting FACTS (tell your story *briefly* without citing cases or law)
**SEE ATTACHED MEMORANDUM BRIEF**

C.  Ground three: **THE TRIAL COURT ERRED IN FAILING TO GRANT DEFENDANT'S BATSON MOTION**

Supporting FACTS (tell your story *briefly* without citing cases or law)
**SEE ATTACHED MEMORANDUM BRIEF**

D. Ground Four: **PETITIONER RECEIVED INEFFECTIVE ASSISTANCE OF COUNSEL BEFORE, DURING, AND AFTER TRIAL. CUMULATIVE ERROR**

Supporting FACTS (tell your story *briefly* without citing cases or law)
**SEE ATTACHED MEMORANDUM BRIEF**

E. Ground Five: **THE TRIAL COURT ERRONEOUSLY APPLIED INAPPROPRIATE STATUTORY LAW TO DENY RELIEF AND THE APPELLATE COURT AND LOUISIANA SUPREME COURT ERRONEOUSLY AFFIRMED PETITIONER AVERS THAT THE ERRORS ARE "STRUCTURAL" AND MANDATE REVERSAL**
**SEE ATTACHED MEMORANDUM BRIEF**

13. If any of the grounds listed in 12A,B,C, and D were not previously presented in any other court, state or federal, state *briefly* what grounds were not so presented, and give your reasons for not presenting them: _____

14. Do you have any petition or appeal now pending in any court, either state or federal, as to the judgment under attack?
Yes ☐    No **X**

15. Give the name and address, if known, of each attorney who represented you in the following stages of the judgment attacked herein:

    (a) At preliminary hearing  **ROY BURNS COVINGTON, LOUISIANA**

    (b) At arraignment and plea  **SAME AS ABOVE**

    (c) At trial  **SAME AS ABOVE**

    (d) At sentencing  **SAME AS ABOVE**

    (e) On appeal  **JENNIFER PATE / LOUISIANA APPELLATE PROJECT**

(f) In any post-conviction proceeding __N/A__

(g) On appeal from any adverse ruling in a post-conviction proceeding __N/A__

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at the same time?

    Yes ☐    No ☒

17. Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack?

    Yes ☐    No ☒

    (a) If so, give name and location of court which imposed sentence to be served in the future:

    _____

    (b) Give date and length of the above sentence: _____

    (c) Have you filed, or do you contemplate filing any petition attacking the judgment which imposed the sentence to be served in the future?

    Yes ☐    No ☐

Wherefore, petitioner prays that the Court grant petitioner relief to which he may be entitled in this proceeding.

_____
Signature of Attorney (if any)

I declare under penalty of perjury that the foregoing is true and correct.
Executed on __12/4/06__
                (date)

_____
Signature of Petitioner