# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

No. 08-30981
USDC No. 2:06-CV-11205

U.S. COURT OF APPEALS
FILED
JUN 8 2009
CHARLES R. FULBRUGE III
CLERK

JERRY L SYLVE

Petitioner-Appellant

v.

BURL CAIN, WARDEN, LOUISIANA STATE PENITENTIARY

Respondent-Appellee

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED  JUN - 9 2009
LORETTA G. WHYTE
CLERK

Appeal from the United States District Court
for the Eastern District of Louisiana

O R D E R:

    Jerry L. Sylve, Louisiana prisoner # 77458, seeks a certificate of appealability (COA) to appeal the district court's dismissal with prejudice of his 28 U.S.C. § 2254 application challenging his conviction for aggravated rape. Sylve contends that he was denied the effective assistance of counsel because counsel failed to investigate and present an insanity defense and counsel failed to discover evidence showing that the victim falsely accused him of rape. He also contends that he was entitled to an evidentiary hearing in the district court.

    To obtain a COA, Sylve must make "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2); *Slack v. McDaniel*, 529 U.S. 473, 483-84 (2000). This standard requires a showing that "reasonable jurists

___ Fee____
___ Process____
_X_ Dktd____
___ CtRmDep____
___ Doc. No.____

No. 08-30981

would find the district court's assessment of the constitutional claims debatable or wrong." *Slack*, 529 U.S. at 484. Sylve has not met this standard.

His motion for a COA is DENIED. His motion to proceed in forma pauperis on appeal is DENIED.

/s/ Rhesa H. Barksdale
RHESA H. BARKSDALE
UNITED STATES CIRCUIT JUDGE

A true copy
Attest:
Clerk, U.S. Court of Appeals, Fifth Circuit
By_____
   Deputy
New Orleans, Louisiana
08 JUN 2009